IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TIERRA BLANCA RANCH HIGH COUNTRY
YOUUTH PROGRAM, SCOTT CHANDLER,
COLETTE CHANDLER, and BRYCE HALL,**

    Plaintiffs,

v.                                                                   No. 15-cv-0850 CG/LAM

**FELIPE GONZALES,**

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

The Settlement Conference set for April 28, 2016, [Doc. 8] is hereby VACATED. After reviewing the parties' confidential position statements, the Court feels that a settlement conference would not be fruitful at this time. The Court remains willing to conduct a settlement conference in the future. Should the parties feel that a settlement conference is appropriate, they may contact chambers to request a telephonic status conference.

**IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR
United States Magistrate Judge**