IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TIERRA BLANCA RANCH HIGH
COUNTRY YOUTH PROGRAM, et al.,**

    Plaintiffs,

v.                              No. CIV-15-0850 MCA/LAM

**FELIPE GONZALES,**

    Defendant.

## ORDER SETTING TELEPHONIC HEARING

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Telephonic Discovery Hearing |
| DATE AND TIME OF HEARING: | Tuesday, July 19, 2016 at 10:45 a.m. (30 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

<u>The parties shall call into the Court's "meet-me" line at 505-348-2694</u>. The Court's phones can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                    */s/ Lourdes A. Martínez*
                                                **LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**