IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIERRA BLANCA RANCH HIGH COUNTRY
YOUTH PROGRAM, et al.,

        Plaintiffs,

v.                              No. CIV-15-0850 MCA/LAM

FELIPE GONZALES,

        Defendants

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH CHANGES AND
SETTING CASE MANAGEMENT DEADLINES**

      At the Rule 16 scheduling conference held on September 8, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 33*], filed August 25, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

      **IT IS SO ORDERED.**

                                            _____
                                            **LOURDES A. MARTÍNEZ
                                            UNITED STATES MAGISTRATE JUDGE**