IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TIERRA BLANCA RANCH HIGH COUNTRY**
**YOUTH PROGRAM, et al.,**

    **Plaintiffs,**

v.                                        No. CIV-15-0850 MCA/LAM

**FELIPE GONZALES,**

    **Defendant.**

## ORDER AWARDING COSTS

**THIS MATTER** is before the Court on the Court's *Order Denying Plaintiffs' Motion to Compel [*Doc. 46*]* [*Doc. 68*], wherein the Court ordered that Defendant may submit documentation of reasonable attorney's fees and costs incurred in connection with Plaintiffs' motion to compel. On January 30, 2017, Defendant submitted his Cost Bill [*Doc. 69*], stating that a total of $814.00 was incurred in briefing Defendant's response to Plaintiffs' motion to compel. The Court has been informed that Plaintiffs have submitted $814.00 to Defendant's counsel, and have, therefore, satisfied Defendant's Cost Bill.

**IT IS THEREFORE ORDERED** that Defendant is awarded his costs and attorney's fees as stated in his Cost Bill.

**IT IS SO ORDERED**.

                                                      _____
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**

Submitted by: *(Prior to modification by the Court)*

DOUGHTY, ALCARAZ & deGRAAUW, P.A.


By:   */s/ Natasha A. Wesenberg*
    Robert M. Doughty, III
    Natasha A. Wesenberg
    Jeffrey M. Mitchell
20 First Plaza NW Suite 412
Albuquerque NM  87102
(505) 242-7070
*Attorneys for Defendant*