# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TIERRA BLANCA HIGH
COUNTRY YOUTH PROGRAM;
SCOTT CHANDLER; COLLETTE
CHANDLER; and BRYCE HALL,

        Plaintiffs,

                                      No. 2:15-cv-00850-MCA-KRS

v.

FELIPE GONZALES,

        Defendant.

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE SUPPLEMENT

**THIS MATTER** comes before the Court following the status conference held on August 28, 2017. At the hearing, the Court discussed the applicability of Defendant's motion for summary judgment, ostensibly directed to the amended complaint, in light of Plaintiffs' filing of a second-amended complaint on March 21, 2017. Defendant suggested filing a supplement to address the issue and proposed a fifteen-day deadline to do so. After considering the matter, the Court determined that a supplement may benefit the Presiding Judge and granted Defendant's request.

**IT IS, THEREFORE, ORDERED** that Defendant's oral motion for leave to file a supplement to Defendant's motion for summary judgment is **GRANTED**. Defendant shall file the supplement on or before **September 13, 2017** and is limited to addressing how the motion for summary judgment applies to the second-amended complaint.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                        UNITED STATES MAGISTRATE JUDGE