# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Case No. 2:15-CV-00850-KRS-GBW

TIERRA BLANCA RANCH HIGH COUNTRY YOUTH PROGRAM, *et al.*,

    Plaintiffs,

v.

NEW MEXICO DEPARTMENT OF PUBLIC SAFETY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Parties' Stipulation for Dismissal with Prejudice, the Court having reviewed the Stipulation for Dismissal with Prejudice and being otherwise fully advised in the premises, finds that the Stipulation of Dismissal with Prejudice is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT THE Stipulation for Dismissal with Prejudice be and hereby is GRANTED, and Plaintiffs' Original, First, and Second Amended Complaints for Damages for Deprivation of Constitutional Rights filed in this case, together with all other claims which could have been asserted therein, by and between all parties, be and hereby is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

                                                  KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE

Submitted & Approved By:

DOUGHTY ALCARAZ, P.A.


BY: */s/ Drew A. Larkin*
  Robert M. Doughty, III
  Drew A. Larkin
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
(505) 242-7070
*Attorneys for Defendant*

-and-

DOMENICI LAW FIRM P.C.


By: *telephonic approval 06/10/19*
  Pete V. Domenici, Jr.
  Jeanne C. Washburn
320 Gold Ave. SW, Suite 1000
Albuquerque, NM 87102
(505) 883-6250
*Attorneys for Plaintiffs*